UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.  C.R. No. 03-116 S

LEO BERGERON

## ORDER

The Reports and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on March 15, 2011 and March 22, 2011, in the above-captioned matter are accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed, the Defendant's Conditions of Supervised Release are hereby Modified to require that he complete twenty (20) hours of community service as approved by the U.S. Probation Office after being found guilty of a Grade C violation of his supervised release conditions.

By Order,

/s/ Hana J Smith
Deputy Clerk

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge

Date: 4/14/11